IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CHARLES W. EISNNICHER, JR.,** | **CASE NO. 2:05-cv-522** |
| | **CRIM. NO. 2:03-cr-205** |
| Petitioner, | |
| v. | **JUDGE FROST** |
| | **MAGISTRATE JUDGE KEMP** |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

**OPINION AND ORDER**

On August 3, 2005, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2255 proceedings recommending that this action be dismissed. Doc. No. 30. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation.* Petitioner objects to the Magistrate Judge's conclusion that neither *United States v. Booker*, 125 S.Ct. 738 (2005), nor *Blakely v. Washington*, 124 S.Ct. 2531 (2004), are retroactively applicable to cases on collateral review. *See Humphress v. United States*, 398 F.3d 855, 860 (6th Cir. 2005).

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

  /s/ **Gregory L. Frost**
GREGORY L. FROST
United States District Judge